FILED
IN OPEN COURT
OCT 14 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 4:26CR 75
)
LILLIE LOUISE LUCAS, ET. AL. )
)

ORDER TO SEAL INDICTMENT PURSUANT TO
RULE 6(e)(4), FEDERAL RULES OF CRIMINAL PROCEDURE

The government having moved this Court, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, requesting an order to direct that the indictment returned by the Grand Jury on October 14, 2026, charging the above-named defendant with violations of federal criminal law, be kept sealed until the defendants named in the indictment are either in custody or been given bail;

IT IS HEREBY ORDERED that the indictment in this case is hereby sealed until such time as the defendants are in custody or have been given bail or until further order of the Court, and that no person shall disclose the finding of the indictment or any warrant issued pursuant thereto, except as necessary for the issuance and execution of the arrest warrant in this matter.

The Criminal Clerk's Office is directed to give a filed copy of the Indictment to the United States Attorney's Office. The United States Marshal is directed to give a filed copy of the arrest warrant to the case agents of this investigation upon request.

_______________________________
UNITED STATES MAGISTRATE JUDGE

October 14, 2026
Newport News, Virginia

I ASK FOR THIS:

By: _______________________ For
Eric M. Hurt
Assistant United States Attorney