**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet — U.S. District Court

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☒ No ☐ | **Judge Assigned:** |
| City: EDVA | Previous Charging Document: | **Criminal Number:** |
| County/Parish: NN | Same Defendant: | **New Defendant: Yes** |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of ____________ . | |

## Defendant Information:

| | | | | | |
|---|---|---|---|---|---|
| **Juvenile:** Yes ☐ No ☒ | **FBI#** | | | | |
| **Defendant Name:** Lisa Lucas-Burke | | **Alias Name(s):** | | | |
| **Address: Portsmouth, VA** | | | | | |
| **Birth Date:** 8-1963 | **SS#:** 3506 | **Sex:** F | **Race: Blk** | **Nationality:** US | **Place of Birth:** US |
| **Height:** | **Weight:** | **Hair:** | **Eyes:** | **Scars/Tattoos:** | |
| **Interpreter:** Yes ☐ No ☒ | **List Language and/or dialect:** | | | | |

## Location Status: (Check one item in each column below)

| | | |
|---|---|---|
| Arrest Date: | | |
| ☐ Already in Federal Custody as of: in: | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address | ☐ Public Defender |
| Telephone: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| Email: | ☐ CJA attorney/s ______________________ should not be appointed due to conflict of interest |
| | ☐ No Conflicts Andrew Bossie |

## U.S. Attorney Information:

| | | |
|---|---|---|
| (S)AUSA: Eric M, Hurt/Brian J. Samuels | Telephone No. 757-591-4000 | Bar #: 35765 |

## Complainant Agency, Address & Phone Number or Person & Title:

| |
|---|
| |

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1962 | Racketeering Conspiracy | 1 | felony |
| Set 2 | 21 USC 846 | Conspiracy to Dist. Marijuana | 2 | felony |
| Set 3 | 18 USC 1956 | Conspiracy to Launder Money | 3 | felony |
| Set 4 | 18 USC 1343, 1346, 1349 | Conspiracy Honest Services Fraud | 4 | felony |
| Set 5 | 21 USC 856 | Maintain Drug Premise | 5 | felony |
| | | | | |
| | | | | |
| | | | | |