THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 4:26CR75 |
| | ) | |
| LILLIE LOUISE LUCAS, ET. AL. | ) | |
| | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its attorney, Eric M. Hurt, Assistant United States Attorney moves this Court to unseal the Indictment as to all defendants in the above-captioned matter.

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: ______/s/__________________________

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

Certificate of Service

I certify that on October 22, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

By: /s/

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov