THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 4:26CR75 |
| | ) | |
| LILLIE LOUISE LUCAS, ET. AL. | ) | |
| | ) | |

ORDER

Upon motion of the United States, the Indictment as to all defendants in the above-styled case is hereby UNSEALED.

/s/
Robert J. Krask
United States Magistrate Judge

ROBERT J. KRASK
United States Magistrate Judge

Dated: October 22, 2026

We ask for this:

/s/

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov