AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

SEALED

United States of America
v.

RYAN EICHELBERGER

*Defendant*

Case No. 4:26cr75

FID: 12031005

RECEIVED
UNITED STATES MARSHAL
2026 OCT 15 P 12: 23
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ryan Eichelberger ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

T.18:1962(d) – Racketeering Conspiracy (Count One, et al.)

Date: 10/15/2026

[signature]
*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* October 15, 2026, and the person was arrested on *(date)* October 22, 2026
at *(city and state)* Suffolk, Virginia.

Date: October 22, 2026

Stephen Geiss
*Arresting officer's signature*

Stephen Geiss Special Agent
*Printed name and title*